IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GERALD STEVEN MAGANO,**

    Plaintiff,

v.                                          Civil Action No. **3:10CV004**

**WILLARD M. ROBINSON, et al.,**

    Defendants.

## MEMORANDUM OPINION

On January 22, 2010, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed in forma pauperis. By Memorandum Order entered on February 26, 2010, the Court directed Plaintiff to pay an initial partial filing fee of $16.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed in forma pauperis. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

An appropriate Order shall issue.

                                                /s/     REP
                                        Robert E. Payne
                                        Senior United States District Judge

Date: March 29, 2010
Richmond, Virginia